**BRENTWOOD BOROUGH SCHOOL DISTRICT**

v.

**Heather HELD**

v.

**HSBC Bank USA, N.A.**

v.

**Grove Properties, Inc.**

**Petition of HSBC Bank USA, N.A.**

Supreme Court of Pennsylvania.

Oct. 7, 2015.

*ORDER*

PER CURIAM

**AND NOW,** this 7th day of October, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

(1) When is a property "vacant" for purposes of Section 32(c) of the Pennsylvania Municipal Claims and Tax Lien Act?